UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO. |
| | : | |
| v. | : | |
| | : | VIOLATION: |
| MAZDAK SAGHEB, | : | 21 U.S.C. § 843(a)(3) |
| | : | (Fraudulently Obtaining a Controlled |
| Defendant. | : | Substance) |

## INFORMATION

The United States Attorney charges that:

### COUNT ONE

Between on or about August 2016 and continuing to on or about May 2017, within the District of Columbia, **MAZDAK SAGHEB**, knowingly and intentionally obtained and acquired oxycodone, a Schedule II controlled substance, amphetamine salts, a Schedule II controlled substance, Xanax, a Schedule IV controlled substance, and Ambien, a Schedule IV controlled substance, by misrepresentation, fraud, forgery, and deception.

(**Fraudulently Obtaining a Controlled Substance**, in violation of Title 21, United States Code, Section 843(a)(3))

Respectfully submitted,

JESSIE K. LIU
UNITED STATES ATTORNEY
D.C. Bar No. 472845

By: _____

AKHI JOHNSON
CA Bar No. 279233
DAVID KENT
D.C. Bar No. 482850
Assistant United States Attorneys
555 4th Street, NW
Washington, D.C. 20530
Telephone No. 202-252-7767
Akhi.Johnson@usdoj.gov